E-FILED
Friday, 28 January, 2005  06:19:51 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TERRY J WILLIAMS )
_____ )
 ) For HABEAS CORPUS and
 ) 42 U.S.C. §1983
Plaintiff/Petitioner, )
 )
vs. ) Case No. 05-3013
 ) (Supplied by Clerk)
ROGER E. WALKER, JR., )
Director Ill. D.O.C., et. al. )
 )
Defendant(s). )

### PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, TERRY J. WILLIAMS, plaintiff or petitioner, move the court for leave to proceed <u>in forma pauperis</u> in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ___ Married ___ Separated ___ Divorced X

4. My responses to the following questions are true:

   A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
   Yes ( )  No ( X )

   B. If so, by whom, what is your position, and what is your pay? _____

   C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
   October 9th, 2000  $10.00 hr

1

D. Have you received money from any other source, including judgments, in the last 12 months?
Yes (  )   No (X)   If yes, describe each source and state how much you received.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? See attached ledger

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.
   NONE

G. How much money do you have in private checking or saving accounts?
   NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (  )  No (X)

If yes, describe the property and its approximate value: _____

I. Do you have any debts or obligations?
Yes (  )  No (X)

If yes, list the amount owed, to whom, and any current payments that you are making.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.
   NONE

2

K.  Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.
<u>NONE</u>

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Terry J Willia* (signature)
SIGNATURE

January 18th, 2005
DATE

Petitioner/Plaintiff was granted In Forma Pauperis in 04-CV-5556. U.S. Northern Dist. of Ill. Eastern Div. - Chgo, Ill.

CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ (31)/u _____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

*Pamela Schluck*
(Authorized Officer)

Western Ill. Corr. Center
(Institution)

Business Administrator
(Title)

DATE   12-23-04

IMPORTANT                                             SIX  (REVISED 97)
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A ~~TWELVE~~ MONTH
LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND
ACCOUNT.)

4

**Inmate Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 06/24/2004 thru End;    Inmate: N70826;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N70826 Williams, Terry**      **Housing Unit: WIL-04-D -21**

| | |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .37 |
| Funds Available: | -.37 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 12/20/2004 | 1844 | Disb | N70826 Legal Postage | 99999 | DOC: 523 Fund Re | $0.37 |
| | | | | | **Total Restrictions:** | **$0.37** |