IN THE
UNITED STATES CENTRAL DISTRICT
COURT FOR ILLINOIS-SPRINGFIELD

Terry J. Williams,

　　Plaintiff,

vs.　　　　　　　　　　　　　　　CASE NUMBER(S):

Ill. D.O.C. Director
Walker, et.al.,

　　Defendant(s)

CHANGE OF ADDRESS AS OF 1-27, 2005

Terry J. Williams N-70826

From:

```
WEST000*  623532007 1704 13 01/20/05
WESTERN ILLINOIS CORR CENTER
RR 4 BOX 196
MOUNT STERLING IL 62353-9479
```

To: Terry J. Williams
491 STERLING EAST
JUSTICE, ILLINOIS
60458

Respectfully,

Terry J. W.
TERRY J. WILLIAMS Pro-se