E-FILED
Friday, 18 February, 2005 02:37:46 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES CENTRAL DISTRICT
COURT OF/FOR ILLINOIS

RE: WILLIAMS v WALKER et. al 05-3013
TO: JOHN M. WATERS, DISTRICT COURT CLERK.

Thank you for your 2-9-05 response.

You or your office sent me back the 28 U.S.C. § 2241, because I had to file "a separate Forma Pauperis Application." That's ok., I will not be filing it, since it's a moot point because I'm not incarcerated now.

But the §1983 complaint will remain, and my financial situation has not changed any since my January 27th, 2005 release.

Please keep me informed of the §1983's progress.

THANK YOU / Sincerely,

Terry J. Will
TERRY J. WILLIAMS
491 STERLING EAST
JUSTICE, ILLINOIS 60458