E-FILED
Wednesday, 23 February, 2005  04:45:36 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES CENTRAL DISTRICT
FOR THE STATE OF ILLINOIS
SPRINGFIELD DIVISION

FILED
FEB 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: WILLIAMS vs. WALKER, et.al., CASE No: 05-3013
THE HONORABLE  HAROLD A. BAKER , Presiding Judge.
With THE HONORABLE CHARLES  H. EVANS, Magistrate.

MOTION FOR EXTENSION OF TIME FOR THE TELEPHONIC HEARING SCHEDULED FOR MARCH 1st, 2005.

Now comes the Plaintiff, Terry J. Williams, pro-se, and with respect to the Honorable Court, and per F.R.Cv.P. (6)/(d).

The Plaintiff respectfully request a thirty(30) day extension so that he can prepare his synopsis of his claims with an attorney, to which Plaintiff has been trying to retain.

Thus the Plaintiff's daytime phone number as of now is 1-708-839-1726, but this may changed, after Plaintiff's conversation with one of the five attorney(s), that he is conferring with on this litigation.

RESPECTFULLY SUBMITTED,

TERRY J. WILLIAMS Pro-Se
491 STERLING EAST
JUSTICE, ILLINOIS 60458

2-17-05

**Other Orders/Judgments**
3:05-cv-03013-HAB-CHE Williams v. Walker et al

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from MR, ilcd entered on 2/14/2005 at 2:39 PM CST and filed on 2/14/2005
**Case Name:**         Williams v. Walker et al
**Case Number:**       3:05-cv-3013
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER: The merit review hearing scheduled for March 1, 2005, at 1:30 p.m. will be held by telephone conference, as the plaintiff has apparently been released from the IDOC (d/e 2, address change). The plaintiff is directed to file a phone number where he can be reached for the merit reviewhearing. Failure to provide a phone number, and/or failure to appear at the merit review hearing will result in summary dismissal of this case, without prejudice. The plaintiff is directed to be prepared to explain his claims against each defendant at the merit review hearing. Writ vacated. Entered by Judge Harold A. Baker on 02/14/05. (MR, ilcd)

The following document(s) are associated with this transaction:

**3:05-cv-3013 Notice will be electronically mailed to:**

**3:05-cv-3013 Notice will be delivered by other means to:**

Terry J Williams
491 Stearling East
Justice, IL 60458