E-FILED
Monday, 28 February, 2005  08:48:19 AM
Clerk, U.S. District Court, ILCD

IN THE
CENTRAL UNITED STATES
DISTRICT COURT OF AND
FOR ILLINOIS - SPRINGFIELD

CASE NO. 05-3013

RE: WILLIAMS V. WALKER, et al.,
(CHANGE OF ADDRESS)

Now comes the Plaintiff, Terry J. Williams, in respect to this court.

The Plaintiff has changed addresses

From:  491 STERLING EAST
       JUSTICE, ILLINOIS 60458

To:    10343 SOUTH TROY AVENUE
       CHICAGO, ILLINOIS 60655

Also PHONE NUMBER HAS CHANGED
From: (708)-839-1726 -To: (773) 239-6628-
                         Leave Message(s)

Respectfully,

Dated: 2-23-05    TERRY J. WILLIAMS
                  10343 S. TROY AVE.
                  CHICAGO, ILL. 60655